UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GIOVANNI LABOY,

    Plaintiff,

v.                                        Case No: 8:16-cv-160-T-30AEP

NAVIENT SOLUTIONS, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Stipulation to Arbitration (Dkt. #12). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The parties are ordered to arbitrate this case.

2. This case is stayed pending arbitration.

3. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of March, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2016\16-cv-160 stip arb 12.docx